FILED

08 JAN 16 PM 2:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *GP*

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0136 — BEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) |
| MARCELINO LUIS-FUENTEVILLA, | ) | and (b) - Deported Alien Found in the United States |
| Defendant. | ) | |

The grand jury charges:

On or about January 1, 2008, within the Southern District of California, defendant MARCELINO LUIS-FUENTEVILLA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WDK:fer:San Diego
1/14/08

1    It is further alleged that defendant MARCELINO LUIS-FUENTEVILLA,

2  was removed from the United States subsequent to April 12, 2004.

3    DATED: January 16, 2008.

4                                        A TRUE BILL:

5

6                                        _____
                                         Foreperson
7

8  KAREN P. HEWITT
   United States Attorney

9

10  By: _____
        DOUGLAS KEEHN
11      Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28