```
JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)
```

Attorney for MARCELINO LUIS-FUENTEVILLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 08 cr 0136-BEN |
| Plaintiff, | NOTICE OF MOTION AND MOTIONS FOR: |
| vs. | (1) DISCOVERY; <br> (2) LEAVE TO FILE FURTHER MOTIONS |
| MARCELINO LUIS-FUENTEVILLA, | |
| Defendant. | Date: March 3, 2008 |
| | Time: 2:00 p.m. |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, KAREN HEWITT, U.S. ATTORNEY, AND RANDY JONES, ASSISTANT U.S. ATTORNEY:

PLEASE TAKE NOTICE that at the above-referenced time in the above-referenced department, the defendant MARCELINO LUIS-FUENTEVILLA will ask the court to grant the following motions:

I.

**MOTIONS**

**FOR DISCOVERY;**

**FOR LEAVE TO FILE FURTHER MOTIONS;**

///

///

1

- 08 cr 0136-BEN

MARCELINO LUIS-FUENTEVILLA will base these motions on the following authority: the Fourth, Fifth, and Sixth Amendments to the U.S. Constitution; this notice of motions and motions; the points and authorities filed with this notice of motions and motions; and, any other matter that he may raise at the time of these motions.

Dated:   February 15, 2008           Respectfully submitted,


                                     /S/ John D. Kirby
                                     John D. Kirby
                                     Attorney for MARCELINO LUIS-
                                     FUENTEVILLA