1   KAREN P. HEWITT
    United States Attorney
2   RANDY K. JONES
    Assistant U.S. Attorney
3   California State Bar No. 141711
    Federal Office Building
4   880 Front Street, Room 6293
    San Diego, California  92101-8893
5   Telephone: (619) 557-5684; (619) 557-7381
    randy.jones2@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    Criminal Case No. 08CR0136-BEN
                                       )
11                   Plaintiff,        )
                                       )    NOTICE OF APPEARANCE
12           v.                        )
                                       )
13  MARCELINO LUIS-FUENTEVILLA,        )
                                       )
14                   Defendant.        )
                                       )

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24        Name (If none, enter "None" below)

25             None

26  //

27  //

28  //

1       Effective this date, the following attorneys are no longer associated with this case and should

2   not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4   association):

5       Name     (If none, enter "None" below)

6          None.

7

8       Please call me if you have any questions about this notice.

9       DATED:  February 21, 2008

10                                              Respectfully submitted,

                                                KAREN P. HEWITT
11                                              United States Attorney

12                                              s/Randy K. Jones

                                                _____
13                                              RANDY K. JONES
                                                Assistant United States Attorney
14                                              Attorneys for Plaintiff
                                                United States of America
15                                              Email: randy.jones2@usdoj.gov

16

17

18

19

20

21

22

23

24

25

26

27

    Notice of Appearance
28  United States v. Luis-Fuentevilla          2                          08CR0136-BEN

1

2                          UNITED STATES DISTRICT COURT

3                         SOUTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES OF AMERICA,          )      Case No. 08CR0136-BEN
                                        )
5                   Plaintiff,          )
                                        )
6            v.                         )
                                        )      CERTIFICATE OF SERVICE
7    MARCELINO LUIS-FUENTEVILLA,        )
                                        )
8                                       )
                    Defendant.          )
9    _____)

10   IT IS HEREBY CERTIFIED THAT:

11        I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age.
     My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
12
          I am not a party to the above-entitled action. I have caused service of NOTICE OF
13   APPEARANCE on the following party by electronically filing the foregoing with the Clerk of the
     District Court using its ECF System, which electronically notifies them.
14

15   1.   John David Kirby        Email: jkirby@johnkirbylaw.com

16

17        I declare under penalty of perjury that the foregoing is true and correct.

18        Executed on February 21, 2008           s/ Randy K. Jones_____

19                                                RANDY K. JONES

20

21

22

23

24

25

26

27
     Notice of Appearance
28   United States v. Luis-Fuentevilla            3                          08CR0136-BEN