1
2
3
4
5
6

ORIGINAL



FILED
MAR 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7        UNITED STATES DISTRICT COURT

8        SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0136-BEN |
| | ) | SUPERSEDING |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| MARCELINO LUIS-FUENTEVILLA, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony); |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

Count 1

On or about May 1, 2000, within the Southern District of California, defendant MARCELINO LUIS-FUENTEVILLA, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

Count 2

On or about January 1, 2008, within the Southern District of California, defendant MARCELINO LUIS-FUENTEVILLA, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all

1 | in violation of Title 8, United States Code, Section 1325, a
2 | felony.
3 | DATED: *MARCH 20, 2008*

                                  KAREN P. HEWITT
                                  United States Attorney

                                  RANDY K. JONES
                                  Assistant U.S. Attorney