AO 455(Rev. 5/85) Waiver of Indictment

ORIGINAL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MARCELINO LUIS-FUENTEVILLA | CASE NUMBER: 08cr0136-BEN |

I, __Marcelino Luis-Fuentevilla__, the above named defendant, who is accused of Illegal Entry, in violation of 8 U.S.C. § 1325 (a misdemeanor) and Illegal Entry, in violation of 8 U.S.C. § 1325 (a felony), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __March 20, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MARCELINO LUIS-FUENTEVILLA
Defendant

_____
JOHN DAVID KIRBY
Counsel for Defendant

Before _____
United States Magistrate Judge

FILED
MAR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY