1   KAREN P. HEWITT
    United States Attorney
2   JAMES P. MELENDRES
    Assistant United States Attorney
3   California State Bar No. PENDING
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   619 557-6327 (Telephone)/619 235-2757 (Fax)
    E-mail: James.Melendres@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                      UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,     )   Criminal Case No. 08CR0136-BEN
                              )
11              Plaintiff,      )
                              )   NOTICE OF APPEARANCE
12              v.         )
                              )
13   MARCELINO LUIS-FUENTEVILLA,   )
                              )
14            Defendant.     )
                              )
15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18         I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20         The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

22   for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

23   case:

24        Name:

25           None.

26   //

27   //

28   //

1    Effective this date, the following attorneys are no longer associated with this case and should not

2  receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4         Name:

5              None.

6         Please feel free to call me if you have any questions about this notice.

7         DATED:  April 9, 2008.

8                                              KAREN P. HEWITT
                                               United States Attorney
9

10                                             s/James P. Melendres
                                               JAMES P. MELENDRES
11                                             Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Notice of Appearance
    United States v. Marcelino Luis-Fuentevilla                              08CR0136-BEN

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,              )        Criminal Case No. 08CR0136-BEN
                                            )
4                    Plaintiff,             )
                                            )        CERTIFICATE OF SERVICE
5              v.                           )
                                            )
6    MARCELINO LUIS-FUENTEVILLA,            )
                                            )
7                    Defendant.             )
                                            )

8

9    IT IS HEREBY CERTIFIED THAT:

10          I, James P. Melendres, am a citizen of the United States and am at least eighteen years of age.

11   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12          I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance

13   as lead counsel for the United States, dated April 9, 2008, and this Certificate of Service, dated April

14   9, 2008, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S.

15   District Court for the Southern District of California using its ECF System, which electronically notifies:

16          John David Kirby, Attorney for the Defendant.

17          I declare under penalty of perjury that the foregoing is true and correct.

18          EXECUTED on April 9, 2008.

19
                                        s/James P. Melendres
20                                      JAMES P. MELENDRES
                                        Assistant U.S. Attorney
21

22

23

24

25

26

27

28
     Certificate of Service
     United States v. Marcelino Luis-Fuentevilla                          08CR0136-BEN